UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Infoguard, Inc.<br><br>DEBTOR | ) <br>) Case No. 03-33840<br>)    Chapter 7<br>)<br>) |

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. § 347 AND 28 U.S.C. § 2041 ET. SEQ.

Michael J. Halprin, Esq., an attorney admitted to this Court, hereby states as follows:

1. I represent Raymond Handling Consultants, L.C. (the "Company"), a creditor in the captioned bankruptcy, in obtaining certain unclaimed funds being held by this Court.

2. The Debtor was duly adjudged a debtor in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

3. The Company was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate of the Debtor to the Company in the amount of $7,413.57 (the "Funds"). The Company was not located and the Funds were paid into the Court pursuant to 11 U.S.C. § 347. Attached hereto as Exhibit A is an affidavit (the "Affidavit") from the Company more fully setting forth the background relating to the unclaimed funds.

4. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Company requests that the Court issue an order directing payment of the Funds in accordance with the proposed order attached to the Affidavit.

WHEREFORE, the Company requests that the Court issue an order directing payment of the Funds to the Company as aforesaid and for such further and other relief as is just and appropriate.

June 30, 2009         /s/ Michael J. Halprin
                      Michael J. Halprin, Esq. 38373
                      1806 S. Broad Street
                      Philadelphia, PA. 19145
                      215-389-6913 Fax: 215-389-3373
                      halprin@halprinlaw.com